**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------  X
HELEN C. GOLDMAN and                         :   Case No. 1:14-cv-1886-JSR
GARY GOLDMAN,                                :
                                             :
            Plaintiff,                       :
                                             :
   -against-                                 :
                                             :
NATIONSTAR MORTGAGE LLC,                     :
LEHMAN BROTHERS BANK, FSB, and              :
LEHMAN BROTHERS,                             :
                                             :
            Defendants.                      :
----------------------------------------------------------  X
```

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the supporting Memorandum of Law dated March 2, 2015, the Declaration of Amanda L. Genovese, with exhibits annexed thereto, dated March 2, 2015, defendants Nationstar Mortgage LLC and Lehman Brothers Bank, FSB, will move this Court before the Honorable Jed S. Rakoff, United States District Court Judge, (i) pursuant to Fed. R. Civ. P. 12(b)(6), for an Order dismissing with prejudice the Complaint, or (ii), in the alternative, transferring this proceeding pursuant to 28 U.S.C. § 1404(a)  to the United States District Court for the Northern District of Georgia; and (iii) for such other and further relief as may be deemed just and proper.

- Opposition papers are due <u>March 9, 2015</u>.

- Reply papers are due <u>March 12, 2015</u>.

- Oral argument will be heard on <u>March 17, 2015 at 4PM</u>.

24858723v1

Respectfully submitted,

Date:   March 2, 2015
        New York, New York

**TROUTMAN SANDERS LLP**

_____

By:   Christina H. Bost Seaton
        Amanda L. Genovese
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 704-6000 (phone)

*Attorneys for Nationstar Mortgage LLC and*
*Lehman Brothers Bank, FSB*

2

## CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on March 2, 2015, she caused a true copy of the foregoing to be served upon the following parties via Federal Express overnight delivery:

David M. Schlachter
Law Offices of David M. Schlachter, LLC
579 Main Avenue
Passaic, NJ 07055
718 377-1356

*Attorneys for Plaintiffs*

Dated:   New York, New York
March 2, 2015

_____
Amanda L. Genovese